UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL L. CASTILLO, aka<br>ANGEL LUIS CASTILLO,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | No. CV 07-4744-RC<br><br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: Sept. 18, 2008        /S/ROSALYN M. CHAPMAN
                                      ROSALYN M. CHAPMAN
                            UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-4744.mdo
9/17/08